

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19 CR 276 VLB |
| v. | VIOLATIONS: |
| NESTOR SOSA-ORTIZ<br>ISAMELIS MARIAN SOSA-ORTIZ, a.k.a. "Marian"<br>IMIRCI SOSA-ORTIZ, a.k.a. "Mimi"<br>FRANCIS JOSE AYBAR-PEGUERO, a.k.a. "Grena"<br>ELIAS SANCHEZ-MARTINEZ<br>ERICA ORAMA, a.k.a. "Wifey"<br>RONEY SOSA<br>JEFFREY TAVAREZ<br>BRAYAN GONZALEZ<br>IVANNY ANTONIO FRANCISCO-ESTRELLA<br>ORLANDO MARTINEZ, a.k.a. "Bolo"<br>DARRY GUERRERO, a.k.a. "Domi"<br>ERIK RAFAEL POLANCO a.k.a. "Chino"<br>JUAN CARLOS CASTELLANO<br>JEISSON DEJESUS AMARANTE-PEREZ, a.k.a. "Smart Yeii" | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(B)(i), 841(b)(1)(C) and 846 (Conspiracy to Distribute and to Possess With Intent to Distribute Heroin and Fentanyl)<br><br>21 U.S.C. § 853 (Criminal Forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute, and to Possess with Intent to Distribute,
Heroin and Fentanyl)

1. From approximately May 2019 through October 2019, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants NESTOR SOSA-ORTIZ; ISAMELIS MARIAN SOSA-ORTIZ, a.k.a. "Marian"; IMIRCI SOSA-ORTIZ, a.k.a. "Mimi"; FRANCIS JOSE AYBAR-PEGUERO, a.k.a. "Grena"; ELIAS SANCHEZ-MARTINEZ; ERICA ORAMA, a.k.a. "Wifey"; RONEY SOSA; JEFFREY TAVAREZ;

BRAYAN GONZALEZ; IVANNY ANTONIO FRANCISCO-ESTRELLA; ORLANDO MARTINEZ, a.k.a. "Bolo"; DARRY GUERRERO, a.k.a. "Domi"; ERIK RAFAEL POLANCO, a.k.a. "Chino"; JUAN CARLOS CASTELLANO; JEISSON DEJESUS AMARANTE-PEREZ, a.k.a. "Smart Yeii," and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that defendants NESTOR SOSA-ORTIZ; ISAMELIS MARIAN SOSA-ORTIZ, a.k.a. "Marian"; IMIRCI SOSA-ORTIZ, a.k.a. "Mimi"; FRANCIS JOSE AYBAR-PEGUERO, a.k.a. "Grena"; ELIAS SANCHEZ-MARTINEZ; ERICA ORAMA, a.k.a. "Wifey"; RONEY SOSA; JEFFREY TAVAREZ; BRAYAN GONZALEZ; IVANNY ANTONIO FRANCISCO-ESTRELLA; ORLANDO MARTINEZ a.k.a. "Bolo," DARRY GUERRERO a.k.a. "Domi," ERIK RAFAEL POLANCO, a.k.a. "Chino"; JUAN CARLOS CASTELLANO; JEISSON DEJESUS AMARANTE-PEREZ, a.k.a. "Smart Yeii," and others known and unknown to the Grand Jury, knowingly and intentionally conspired together and with one another to distribute, and to possess with intent to distribute, controlled substances, namely a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide ("fentanyl"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

QUANTITIES OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY

    3.    Defendants NESTOR SOSA-ORTIZ; ISAMELIS MARIAN SOSA-ORTIZ, a.k.a. "Marian"; IMIRCI SOSA-ORTIZ, a.k.a. "Mimi"; FRANCIS JOSE AYBAR-PEGUERO, a.k.a. "Grena"; ELIAS SANCHEZ-MARTINEZ; ERICA ORAMA, a.k.a. "Wifey"; and RONEY SOSA, knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

    4.    Defendants JEFFREY TAVAREZ; BRAYAN GONZALEZ; IVANNY ANTONIO FRANCISCO-ESTRELLA; and ORLANDO MARTINEZ, a.k.a. "Bolo," knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

    5.    Defendants DARRY GUERRERO, a.k.a. "Domi"; ERIK RAFAEL POLANCO, a.k.a. "Chino"; JUAN CARLOS CASTELLANO; JEISSON DEJESUS AMARANTE-PEREZ, a.k.a. "Smart Yeii," knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

    6.    Defendants NESTOR SOSA-ORTIZ; ISAMELIS MARIAN SOSA-ORTIZ, a.k.a. "Marian"; IMIRCI SOSA-ORTIZ, a.k.a. "Mimi"; FRANCIS JOSE AYBAR-PEGUERO, a.k.a. "Grena"; ELIAS SANCHEZ-MARTINEZ; ERICA ORAMA a.k.a. "Wifey"; RONEY SOSA;

JEFFREY TAVAREZ; BRAYAN GONZALEZ; IVANNY ANTONIO FRANCISCO-ESTRELLA; ORLANDO MARTINEZ, a.k.a. "Bolo"; DARRY GUERRERO, a.k.a. "Domi"; ERIK RAFAEL POLANCO, a.k.a. "Chino"; JUAN CARLOS CASTELLANO; JEISSON DEJESUS AMARANTE-PEREZ, a.k.a. "Smart Yeii," knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION
(Controlled Substance Offense)

7. Upon conviction of the controlled substance offense alleged in Count One of the Indictment, the defendants NESTOR SOSA-ORTIZ; ISAMELIS MARIAN SOSA-ORTIZ, a.k.a. "Marian"; IMIRCI SOSA-ORTIZ, a.k.a. "Mimi"; FRANCIS JOSE AYBAR-PEGUERO, a.k.a. "Grena"; ELIAS SANCHEZ-MARTINEZ; ERICA ORAMA, a.k.a. "Wifey"; RONEY SOSA; JEFFREY TAVAREZ; BRAYAN GONZALEZ; IVANNY ANTONIO FRANCISCO-ESTRELLA; ORLANDO MARTINEZ, a.k.a. "Bolo"; DARRY GUERRERO, a.k.a. "Domi"; ERIK RAFAEL POLANCO, a.k.a. "Chino"; JUAN CARLOS CASTELLANO; JEISSON DEJESUS AMARANTE-PEREZ, a.k.a. "Smart Yeii," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, those violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

8. The property subject to forfeiture includes, but is not limited to:

a. $4,000 seized from ISAMELIS MARIAN SOSA-ORTIZ, a.k.a. "Marian," at her residence of 45 Rye Street, Apartment 4 in Waterbury, Connecticut 06706;

b. $40,000 seized from 53 Sharon Road, Unit 12, Waterbury, Connecticut 06705; and

c. $98,000 from the personal savings account of FRANCIS JOSE AYBAR-PEGUERO, a.k.a. "Grena," at Wells Fargo "Way2Save ######2446."

If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY

LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY

GORDON HALL
ASSISTANT UNITED STATES ATTORNEY

PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY

ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY